IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CINDY D. WILHITE
also known as
LaSanya D. Morse                                                                                          PLAINTIFF

v.                                        Case No. 1:21-cv-1043

C.R. BARD, INC. and
BARD PERIPHERAL VASCULAR, INC.                                                                DEFENDANTS

# ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. ECF No. 16. The parties stipulate that this case should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendants. Thus, Plaintiff's claims against Defendants were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.

**IT IS SO ORDERED**, this 31st day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge